**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF MARCH 1, 2016**
**WESTERN DISTRICT**

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD77688 | Johnnie Sterling, Jr. vs. State of Missouri |
| WD78270 | Timothy J. Littell vs. Tracey A. Littell |
| WD78271 | Consolidated with WD78270 |
| WD78612 | Consolidated with WD78270 |

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD77957 | State of Missouri vs. Fentress M. Wilson |
| WD78972 | Consolidated with WD77957 |
| WD77992 | State of Missouri vs. Michael L. Mitchell |